UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOANNE PEARSON,

    Plaintiff,

                                    Case No. 16-cv-10070

v.                                    Paul D. Borman
                                    United States District Judge

SAS HOSPITALITY,

    Defendant.

_____/

ORDER DISMISSING CASE

This case was filed on January 8, 2016. A summons was issued on January 11, 2016. There has been no further activity in the case.

On October 6, 2016, the Court ordered plaintiff to show cause why this case should not be dismissed for failure to prosecute. Plaintiff did not file a response by the designated deadline of October 6, 2016.

Accordingly, IT IS HEREBY ORDERED that this case is dismissed without prejudice.

SO ORDERED.

                                                  s/Paul D. Borman
                                                  PAUL D. BORMAN
                                                  UNITED STATES DISTRICT JUDGE

Dated: October 14, 2016

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on October 14, 2016.

                                                s/Deborah Tofil
                                                Case Manager